# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 05/10/2019
Calendar Time: 10:00 AM ET

Amended Calendar May 10 2019 6:57AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Fuse, LLC | 19-10872 | Hearing | 9787696 | Derek C. Abbott | (302) 351-9357 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, AT&T Services Inc. and affiliates including without limitation DIRECTV, LLC / LIVE |
| | | Fuse, LLC | 19-10872 | Hearing | 9786367 | Linda J. Casey | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Linda Casey / LIVE |
| | | Fuse, LLC | 19-10872 | Hearing | 9787702 | Jeffrey A. Fuisz | (212) 836-8317 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, AT&T Services Inc. and affiliates including without limitation DIRECTV, LLC / LIVE |
| | | Fuse, LLC | 19-10872 | Hearing | 9788808 | Jim Grudus | (214) 855-7172 ext. | AT&T | Interested Party, AT&T Services Inc. and affiliates including without limitation DIRECTV, LLC / LIVE |
| | | Fuse, LLC | 19-10872 | Hearing | 9787974 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Fuse, LLC | 19-10872 | Hearing | 9786424 | Michael C. Keats | (212) 859-8914 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Noteholders / LIVE |
| | | Fuse, LLC | 19-10872 | Hearing | 9786379 | Maxim B. Litvak | (415) 217-5110 ext. | Pachulski Stang Ziehl & Jones | Debtor, Fuse, LLC / LIVE |
| | | Fuse, LLC | 19-10872 | Hearing | 9788805 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, AT&T Services Inc. and affiliates including without limitation DIRECTV, LLC / LIVE |
| | | Fuse, LLC | 19-10872 | Hearing | 9787029 | Chantelle D. McClamb | (302) 252-4456 ext. | Ballard Spahr LLP | Interested Party, Comcast Cable Communications, LLC / LIVE |
| | | Fuse, LLC | 19-10872 | Hearing | 9786418 | Andrew M. Minear | (212) 859-8360 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Noteholders / LIVE |
| | | Fuse, LLC | 19-10872 | Hearing | 9786382 | John A. Morris | (212) 561-7760 ext. | Pachulski Stang Ziehl & Jones | Debtor, Fuse, LLC / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fuse, LLC | 19-10872 | Hearing | 9788926 | James E. O'Neill | (302) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Debtor, Fuse LLC / LIVE |
| Fuse, LLC | 19-10872 | Hearing | 9786377 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Debtor, Fuse, LLC / LIVE |
| Fuse, LLC | 19-10872 | Hearing | 9786417 | Jennifer Rodburg | (212) 859-8520 ext. | Fried Frank | Interested Party, Noteholders / LIVE |
| Fuse, LLC | 19-10872 | Hearing | 9786792 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Fuse, LLC | 19-10872 (19-5019 3) | Hearing | 9787395 | Daniel N. Brogan | (302) 655-5000 ext. | Bayard P.A. | Defendant(s), Wilmington Trust / LISTEN ONLY |
| Fuse, LLC | 19-10872 (19-5019 3) | Hearing | 9787367 | Lauren Lifland | (212) 295-6305 ext. | Wilmer Cutler Pickering Hale & Dorr LLP | Creditor, Wilmington Trust Co. / LISTEN ONLY |
| Fuse, LLC | 19-10872 (19-5019 3) | Hearing | 9788871 | Michael Merchant | (302) 651-7854 ext. | Richards, Layton & Finger, P.A. | Representing, Noteholders / LISTEN ONLY |